# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00239-JCM-NJK |
| Plaintiff, | |
| vs. | ORDER |
| ADAM RAY YBARRA, | (Docket Nos. 27, 28, 37) |
| Defendant. | |

Pending before the Court is an unopposed motion to withdraw the motion to quash filed by California Witness Relocation and Assistance Program. Docket No. 37. *See also* Docket No. 27 (motion to quash). The Court hereby **GRANTS** the parties' motion. Docket No. 37. The motion to quash at Docket No. 27 is deemed **WITHDRAWN**.

Additionally, for good cause shown, the Court **GRANTS** the motion to seal certain documents filed in support of the motion to quash. Docket No. 28. The documents filed at Docket No. 29 shall remain under seal.

IT IS SO ORDERED.

DATED:   December 23, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge