# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00239-JCM-NJK |
| Plaintiff(s), | **ORDER** |
| v. | (Docket No. 47) |
| ADAM RAY YBARRA, | |
| Defendant(s). | |

On June 8, 2017, Defendant filed a notice of assertion of right regarding shackling. Docket No. 46. On June 13, 2017, the Government moved to strike that notice. Docket No. 47. United States District Judge James C. Mahan recently sentenced Defendant, and ordered that he appear in restraints during the proceeding. Docket No. 51. Accordingly, the Government's motion is **DENIED** as moot.

IT IS SO ORDERED

Dated: June 22, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge