# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ADAM RAY YBARRA,

Defendant.

Case No. 2:16-cr-00239-JCM-NJK

<u>ORDER TO SEAL GOVERNMENT'S RESPONSE TO DEFENDANT'S SEALED SENTENCING MEMORANDUM</u>

Based on the Government's Motion to Seal Government's Response to Defendant's Sealed Sentencing Memorandum in the above-captioned matter and good cause appearing therefore,

IT IS SO ORDERED that the Government's Response to Defendant's Sealed Sentencing Memorandum and the accompanying exhibit be sealed.

DATED this 23rd day of June, 2017

_____
UNITED STATES MAGISTRATE JUDGE