RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BENJAMIN F. J. NEMEC
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Ben_Nemec@fd.org

Attorney for Adam Ray Ybarra

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>ADAM RAY YBARRA,<br><br>           Defendant. | Case No. 2:16-cr-00239-JCM-NJK<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

   IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin F. J. Nemec, Assistant Federal Public Defender, counsel for Adam Ray Ybarra, that the Preliminary Hearing currently scheduled on January 5, 2022 at 2:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than seven (7) days.

   This Stipulation is entered into for the following reasons:

   1.   Undersigned counsel needs additional time to discuss the preliminary hearing with Mr. Ybarra, including whether he should waive the hearing.

   2.   The parties agree to the continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 4th day of January, 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Benjamin F. J. Nemec*<br>By_____<br>BENJAMIN F. J. NEMEC<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ADAM RAY YBARRA,<br><br>　　　　Defendant. | Case No. 2:16-cr-00239-JCM-NJK<br><br>**ORDER** |

　　Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on January 5, 2022 at the hour of 2:00 p.m., be vacated and continued to January 19, 2022 at the hour of 4:00 p.m. in courtroom 3C.

　　DATED this 5th day of January, 2022.

_____
UNITED STATES MAGISTRATE JUDGE